```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 37582
    GILBERT GARCIA
    MARCELLA GARCIA                             CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-8207      SSN XXX-XX-6968

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/08/04 and confirmed on 12/03/04.

    2.  The case was dismissed after confirmation, 04/25/2008.

    3.  The Debtor paid a total of $ 110823.53 .

    4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
----------------------------------------------------------------------
AMERICAS SERVICING CO      CURRENT MORTG    90451.21           .00       90451.21
AMERICAS SERVICING CO      MORTGAGE ARRE     5335.43           .00        5335.43
BANCO POPULAR NORTH AMER   SECURED           4100.00        587.86        4100.00
COUNTRY PLACE HOMEOWNERS   SECURED           1500.00           .00        1500.00
AMERICAN RESORTS INTERNA   UNSECURED       NOT FILED           .00            .00
BANKCARD SERVICES          UNSECURED       NOT FILED           .00            .00
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED           .00            .00
CERTIFIED SERVICES INC     UNSECURED          948.49           .00          23.14
DAIMLER CHRYSLER FINANCI   UNSECURED       NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         2382.27           .00          58.12
CERTIFIED SERVICES INC     UNSECURED          444.08           .00          10.83
ECAST SETTLEMENT CORPORA   UNSECURED         5306.17           .00         129.46
        Summary of disbursements:
----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED  101386.64        .00      9081.01         .00     110467.65
PRINCIPAL PAID      101386.64        .00       221.55         .00     101608.19
INTEREST PAID          587.86        .00          .00         .00        587.86
TOTAL PAID          101974.50        .00       221.55         .00     102196.05
The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $   2700.00
and was paid $     2700.00 .

The Trustee received $    4655.98 .

Refunds to the Debtor totaled $    1271.50 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 07/18/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

                              PAGE  2
         CASE NO. 04 B 37582 GILBERT GARCIA & MARCELLA GARCIA